UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMON SYKES,<br><br>              Petitioner,<br><br>     v.<br><br>FELICIA PONCE,<br><br>              Respondent. | CASE NO. CV 19-1792-GW (FFM)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, the Report and Recommendation of the United States Magistrate Judge, and Petitioner's Objections to the Report. The Court concurs with and accepts the findings, conclusions, and recommendations of the Magistrate Judge with the following modification, see 28 U.S.C. § 636(b)(1)(C), which is not material to the Court's decision:

- At page 1, line 13, strike "STEVEN LANGFORD," and replace with "FELICIA PONCE."
- At page 4, strike footnote 3.

/ / /
/ / /
/ / /

IT THEREFORE IS ORDERED that Judgment be entered denying the Petition and dismissing the action with prejudice.

DATED: March 2, 2020

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE