UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAMON SYKES, | ) | CASE NO. CV 19-1792-GW (FFM) |
|         Petitioner, | ) | JUDGMENT |
|    v. | ) | |
| FELICIA PONCE, | ) | |
|         Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: March 2, 2020

*[signature]*

GEORGE H. WU
United States District Judge